**RECEIVED**

OCT 03 2018

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:18-CR-056 |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| LARRY EUGENE BURNS, | ) | T. 18 U.S.C. § 2113(a) |
| | ) | |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Bank Robbery by Intimidation)**

On or about September 6, 2018, in the Southern District of Iowa, the Defendant, LARRY EUGENE BURNS, did by intimidation take, from the person or presence of another, money belonging to and in the care, custody, control, management, and possession of the Centris Federal Credit Union, a credit union whose deposits were then insured by the National Credit Union Association.

This is a violation of Title 18, United States Code, Section 2113(a).

**A TRUE BILL.**

FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Michael B. Duffy
Assistant United States Attorney