IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 1:18-CR-056 |
| v. | ) | |
| | ) | |
| LARRY EUGENE BURNS, | ) | GOVERNMENT'S RULE 12.4 |
| | ) | STATEMENT |
| Defendant. | ) | |

The United States of America, by and through its undersigned counsel, respectfully submits the following disclosure statement as required by Fed. R. Crim. P. 12.4.

The following organizations and corporations are victims of the alleged criminal activity charged in the above case:

**Centris Federal Credit Union**

There are no known parent corporations for the corporations or organizations listed above. Centris Federal Credit Union is a not-for-profit organization that is federally insured and owned by its members. There are no shareholders outside of its membership, there are no known publicly held corporations that own more than 10% of the stock of the above-listed corporations and organizations.

This statement is based on information reasonably believed to be accurate and presently available to government counsel, upon the exercise of due diligence, and is subject to being supplemented under Fed. R. Crim. P. 12.4(b)(2).

    Respectfully submitted,

    Marc Krickbaum
    United States Attorney

By:   *S/Michael B. Duffy*
    Michael B. Duffy
    Assistant United States Attorney
    8 South 6th Street, Suite 348
    Council Bluffs, Iowa 51501
    Tele:  (712) 256-5009
    Fax:   (712) 256-5112
    Email:  michael.duffy@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2018, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system. I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

\_\_\_\_U.S. Mail \_\_\_\_ Fax \_\_\_\_Hand Delivery

\_X\_ECF/Electronic filing \_\_\_\_Other means

UNITED STATES ATTORNEY

By: */s/PAC*
      Paralegal Specialist